UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  § Case No. 03-00653 KRM
SPATAFORA, CANDICE E § 
 § 
 § 
 § 
Debtors § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/10/2003 . The undersigned trustee was appointed on 01/10/2003 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors                                    0.00
    Non-estate funds paid to 3rd Parties                     0.00
    Exemptions paid to the debtor

    Leaving a balance on hand of      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/12/2003 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $    . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 22,015.25 , for a total compensation of $ 22,015.25 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 92.79 , for total expenses of $ 92.79 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/23/2009    By:/s/ROBERT F MELONE
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Case No: | 03-00653 KRM Judge: K RODNEY MAY | | | Trustee Name: | ROBERT F MELONE |
|---|---|---|---|---|---|
| Case Name: | SPATAFORA, CANDICE E | | | Date Filed (f) or Converted (c): | 01/10/03 (f) |
| | | | | 341(a) Meeting Date: | 02/14/03 |
| For Period Ending: | 08/23/09 | | | Claims Bar Date: | 11/12/03 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH<br>Cash<br>Exempt FL Const Art 10, Sec 4(a)(2)<br>Debtor Claimed 100% Exemption on Schedule C | 5.00 | 0.00 | DA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>Compass Bank checking<br>Exempt FL Const Art 10, Sec 4(a)(2)<br>Debtor Claimed 100% Exemption on Schedule C | 25.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS<br>13" color TV, VCR and tapes, protable radio, exercise bike, ceioing fan and tv stand<br>Exempt FL Const Art 10, Sec 4(a)(2)<br>Debtor Claimed 100% Exemption on Schedule C | 150.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL<br>Personal clothing<br>Exempt FL Const Art 10, Sec 4(a)(2)<br>Debtor Claimed 100% Exemption on Schedule C | 75.00 | 0.00 | DA | 0.00 | FA |
| 5. FURS AND JEWELRY<br>Costume jewelry (no diamonds)<br>Exempt FL Const Art 10, Sec 4(a)(2)<br>Debtor Claimed 100% Exemption on Schedule C | 20.00 | 0.00 | DA | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 0.00 | DA | 0.00 | FA |

Case No: 03-00653 KRM Judge: K RODNEY MAY
Case Name: SPATAFORA, CANDICE E

Trustee Name: ROBERT F MELONE
Date Filed (f) or Converted (c): 01/10/03 (f)
341(a) Meeting Date: 02/14/03
Claims Bar Date: 11/12/03

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Figurines: Winnie the Pooh, teddy bears and stufed animals  Exempt FL Const Art 10, Sec 4(a)(2)  Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 7. CONTINGENT CLAIMS  Claim against Celtic Insurance Co. for wrongful cancellation of health insurance and permanent injures and impairment to Debtor | Unknown | | | | FA |
| 8. VEHICLES  1990 Ford Taureus  Exempt FL Stat 222.25(1)  Debtor Claimed 100% Exemption on Schedule C | 200.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 28.73 | Unknown |

TOTALS (Excluding Unknown Values)     $575.00     Gross Value of Remaining Assets $    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 28, 2003, 10:24 am Tc fr V Rowley (estate's injury lawyer) advising that he and Marcus Castillo (727.545.5000) believe a claim for wrongful denial of health ins benefits should be investigated based upon facts elicited at 341 and in their subsequent confs with Debtor. Rowley to draft Applic for Appointment and Order.

August 08, 2003, 10:39 am Tc from Lee Haas 727.535.4544 (special counsel to estate) re status. He has reviewed medical records and evaluated wrongful

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: 03-00653 KRM Judge: K RODNEY MAY | Trustee Name: | ROBERT F MELONE |
| Case Name: SPATAFORA, CANDICE E | Date Filed (f) or Converted (c): | 01/10/03 (f) |
| | 341(a) Meeting Date: | 02/14/03 |
| | Claims Bar Date: | 11/12/03 |

denial of coverage issues causing D economic injury (unpaid medical bills) as well as consequential damages (permanent vision impairment, loss of child bearing capacity, memory loss, physical disfugurement/acne). Haas advises that due to the nature of the case, the anticipated procedural issues to be raised by ins co, and the possiblity of a jury trial, this case will progress more slowly than usual.

August 12, 2003, 06:58 am File ECF Notice of Assets.

October 03, 2003, 09:05 pm 9/26 ltr fr estate's counsel to Celtic Insurance making demand for production of insurance policy pursuant to FS 627.4137

November 21, 2003, 10:37 pm POC solicitation to UniFund ($969) and AT&T Wireless ($1506) returned "not deliverable"

December 02, 2003, 02:24 pm LVM for D to call to discuss claims status.

July 23, 2004, 04:00 pm July 23, 2004, 04:00 pm Tc fr Lee Haas re status: Dr who told ins co that D had a preexisting condition is not cooperating with voluntary request for D's medical records. May be necessary to amend appointment of counselto add an insurance expert and modify special counsel compensation arrangement to be a continegent fee (Code secs 330 and 328). Insurance co (Celtic) has withdrawn from the state of FL but still exists.

August 19, 2004, 02:32 am Ltr fr Rowley to J Maloney re engagement by estate to advise on insurance coverage issues.

October 28, 2004, 10:17 am Application to employ rec'd; D's Dr. is not cooperating in providing medical records

September 29, 2005, 11:44 am Tc L Haas: he has solicited additional claimants re medicals; he will file a civil demand per insurance code with Celtic Ins for payment of medicals.

May 12, 2006, 03:02 pm Ltr fr L Haas with draft complaint

June 2006 Melone, Trustee v Celtic Ins Co filed in Hillsborough Co Circuit Ct (13th Judcl Crct) Case No. 06-04040

July 28, 2006 Maloney arranging depos of Celtic reps

August 26, 2006, 05:09 am Ltr fr Maloney re deposition of Celtic's rep adn production of documents. Attemptingt schedule Debtor's depo for Sept 06 and Celtic depose for Oct/Nov. Review Celtic's $2500 Proposal for Settlement prepared and served under FL R Civ Proc 1.442 and FS 768.79. Following discusission with L Haas, estate's interest is to reject proposal.

| | |
|---|---|
| Case No: 03-00653 KRM Judge: K RODNEY MAY | Trustee Name: ROBERT F MELONE |
| Case Name: SPATAFORA, CANDICE E | Date Filed (f) or Converted (c): 01/10/03 (f) |
| | 341(a) Meeting Date: 02/14/03 |
| | Claims Bar Date: 11/12/03 |

November 01, 2006, 11:09 am Parties cntinue with document production and depo of Debtor's treating phys is shed for 12/1/06

March 13, 2007, 12:57 pm Prep response to D's 2nd req for production; ltr to Haas re same.

June 30, 2007, 11:25 am RFM TO GIVE DEPOSITION ON 8/1/2007

October 11, 2007, 10:36 am Trustee gave deopisition on 10/9;

October 23, 2007, 11:20 am Estate filed Mtn Sum Jdmt on Count 2 of Amended Complaint as to Celtics failure to comply w/FL ins law..

December 05, 2007, 03:21 pm Recd from Celtic counsel cc D's Medicaid records and cancellation of hearing on discovery. Pltf Mtn SJ scheduled for 2/11/08.

February 12, 2008, 07:52 am Defendant filed Emerg Mtn to Continue SJ Hering scheduled for 2/11.

April 09, 2008, 04:50 pm Recd Celtic's Motion to Amend Answer re juriisdiction; Assignment Defendse; Suppl Interrog Rspns Question 6

April 18, 2008, 11:45 am Estate filed Reply to Celtic's Affirmative Defense of Assignment.

May 29, 2008, 03:46 pm Cetltic's Writ for Cert (appeal) dismissed.

September 09, 2008, 12:03 pm Extended conf w L Has and J Maloney re mediation strategy.

September 10, 2008 Mediation conducted; settlement not reached.

September 25, 2008, 09:08 am Notice of Hearing on Pl Mtoion for SJ to be held 11/19/08 at 3:00 pm Hillsb Co.

October 02, 2008, 10:39 am Filed Third Set of Interrogs v Celtic for info re statements made in Petition for Cert

October 09, 2008, 12:45 pm Review Respomse to Defemndant's Second Motion for Change Venue; Motion for Sanctions and estate's third Req for Admissions to Defendant.

| | | | |
|---|---|---|---|
| Case No: | 03-00653   KRM   Judge: K RODNEY MAY | Trustee Name: | ROBERT F MELONE |
| Case Name: | SPATAFORA, CANDICE E | Date Filed (f) or Converted (c): | 01/10/03 (f) |
| | | 341(a) Meeting Date: | 02/14/03 |
| | | Claims Bar Date: | 11/12/03 |

October 30, 2008, 04:31 pm Reviewed Estate's Motion for Sanctions wrt Celtic's 2nd Mtn to transfer venue; review Celtic's refiled answers to Interrogs. Insurance company employing attrition strategy; taking advantage of and creating procedural delays

November 03, 2008, 11:21 am Celtic conveys       offer through mediator.

November 08, 2008, 05:02 pm Reviewed Celtic's Motion for Partial Summary Judgment and the Estate's Memo in opposition to Motion

November 14, 2008, 05:57 pm Celtic offered $$ (subject to confidentiality) to settle insurance and bad faith claims. Estate accepts subject to court approval.

November 20, 2008, 02:42 pm Reviewed Celtic's Affids in support of its Motion for partial SJ.

December 04, 2008, 03:41 pm Motion to Approve Compromise filed.

January 20, 2009, 04:47 pm Settlement check received.

March 16, 2009, 12:36 pm Orders on Claims entered March 5. Ready for TFR.

Initial Projected Date of Final Report (TFR): 02/14/05        Current Projected Date of Final Report (TFR): 03/30/09


          /s/     ROBERT F MELONE
_____ Date: 08/23/09
          ROBERT F MELONE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-00653 -KRM | Trustee Name: | ROBERT F MELONE |
|---|---|---|---|
| Case Name: | SPATAFORA, CANDICE E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | 2902 BofA - Money Market Account |
| Taxpayer ID No: | 7755 | | |
| For Period Ending: | 08/23/09 | Blanket Bond (per case limit): $ | 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 01/20/09 | | Celtic<br>233 S. Wacker Dr., Suite 700<br>Chicago, IL 60606 | | 1242-000 | | | |
| 01/20/09 | 7 | Asset Sales Memo: | CONTINGENT CLAIMS $800,000.00 | | | | |
| C t 01/26/09 | | Transfer to Acct #4429442928 | Bank Funds Transfer | 9999-000 | | | |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | | | |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | | | |
| C 03/16/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | | | |
| C t 03/16/09 | | Transfer to Acct #4429442928 | Final Posting Transfer | 9999-000 | | | |
| C t 04/16/09 | | Transfer from Acct #4429442928 | Bank Funds Transfer | 9999-000 | | | |
| C 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | | | |
| C 05/20/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | | | |
| C t 05/20/09 | | Transfer to Acct #4429442928 | Final Posting Transfer | 9999-000 | | | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-00653 -KRM | Trustee Name: | ROBERT F MELONE |
| --- | --- | --- | --- |
| Case Name: | SPATAFORA, CANDICE E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | '2928 BofA - Checking Account |
| Taxpayer ID No: | 7755 | | |
| For Period Ending: | 08/23/09 | Blanket Bond (per case limit): $ | 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 01/26/09 | | Transfer from Acct #4429442902 | Bank Funds Transfer | 9999-000 | | | |
| C 01/26/09 | 003001 | CANDICE E SPATAFORA ANNAS 8099 CLIPPER COURT SPRING HILL, FL 34606 | SURPLUS PAYABLE TO DEBTOR Interim Payment per Order 1/7/09 (Doc No. 22) | 8100-002 | | | |
| C 01/26/09 | 003002 | LEE HAAS HAAS & CASTILLO, PA 19321-C US HWY 19 NORTH, #401 CLEARWATER FL 33764-3102 | Attorney Fee | 3210-000 | | | |
| C 01/26/09 | 003003 | LEE HAAS HAAS & CASTILLO, PA 19321-C US HWY 19 NORTH, #401 CLEARWATER FL 33764-3102 | Attorney Expenses | 3220-000 | | | |
| C 01/26/09 | 003004 | JOHN MALONEY , ESQ. 3862 CENTRAL AVENUE ST PETERSBURG FL 33711 | Attorney Fee | 3210-000 | | | |
| C 01/26/09 | 003005 | JOHN MALONEY , ESQ. 3862 CENTRAL AVENUE ST PETERSBURG FL 33711 | Attorney Expenses | 3220-000 | | | |
| C 01/26/09 | 003006 | VINCENT ROWLEY, ESQUIRE 111 Second Avenue NE, Suite 919 St. Petersburg, FL 33701 | Attorney Fee | 3210-000 | | | |
| C 01/26/09 | 003007 | VINCENT ROWLEY, ESQUIRE 111 Second Avenue NE, Suite 919 St. Petersburg, FL 33701 | Attorney Expenses | 3220-000 | | | |
| C t 03/16/09 | | Transfer from Acct #4429442902 | Transfer In From MMA Account | 9999-000 | | | |
| C t 04/16/09 | | Transfer to Acct #4429442902 | Bank Funds Transfer | 9999-000 | | | |
| C t 05/20/09 | | Transfer from Acct #4429442902 | Transfer In From MMA Account | 9999-000 | | | |

* Reversed
t Funds Transfer
C Bank Cleared

Total Of All Accounts 275,414.22

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 03-00653 | | Page 1 | | Date: August 23, 2009 |
| Debtor Name: | SPATAFORA, CANDICE E | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 080 80 | CANDICE E SPATAFORA<br>8099 CLIPPER COURT<br>SPRING HILL, FL 34606 | Unsecured | | $0.00 | | |
| 000001 070 70 | United States Dept of Education<br>Direct Loan Servicing Center<br>PO Box 4609<br>Utica, NY 13504-4609 | Unsecured | | $0.00 | $2,734.02 | $2,734.02 |
| 000001INT 070 70 | UNITED STATES DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>PO BOX 4609<br>UTICA NY 13504-4609 | Unsecured | | $258.34 | $258.34 | $258.34 |
| 000002 072 72 | Rnb Target<br>Asset Acceptance Corp<br>Po Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $645.09 | $645.09 |
| 000002INT 072 72 | RNB TARGET<br>ASSET ACCEPTANCE CORP<br>PO BOX 2036<br>WARREN MI 48090 | Unsecured | | $60.95 | $60.95 | $60.95 |
| 000003 070 70 | Orthopedic Specialists<br>Dr John Sullivan<br>37026 US Hwy 19 N<br>Palm Harbor, FL 34684 | Unsecured | Duplicate of Claim No 4 | $0.00 | $142.00 | $142.00 |
| 000004 072 72 | Orthopedic Specialists<br>Dr John Sullivan<br>37026 US Hwy 19 N<br>Palm Harbor, FL 34684 | Unsecured | | $0.00 | $142.00 | $142.00 |
| 000004INT 072 72 | ORTHOPEDIC SPECIALISTS<br>37026 US HWY 19 N<br>PALM HARBOR FL 34684 | Unsecured | | $13.42 | $13.42 | $13.42 |
| 000005 072 72 | Bay Area Oral & Facial Surg<br>5636 Grand Blvd<br>New Port Richey, Fl 34652 | Unsecured | | $0.00 | $620.00 | $620.00 |
| 000005INT 072 72 | BAY AREA ORAL & FACIAL SURGERY<br>5636 GRADN BLVD<br>NEW PORT RICHEY FL 34652 | Unsecured | | $58.58 | $58.58 | $58.58 |
| 000006 072 72 | Midland Credit Management Inc.<br>5775 Roscoe Court<br>San Diego, CA 92123 | Unsecured | 2/21/09: Obj Claim No 6 Midland returned unable to forward | $0.00 | $1,065.15 | $1,065.15 |
| 000006INT 072 72 | MIDLAND CREDIT MANAGEMENT<br>5775 ROSCOE CT<br>SAN DIEGO CA 92123 | Unsecured | | $100.65 | $100.65 | $100.65 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | 03-00653 | | Page 2 | | Date: August 23, 2009 |
| Debtor Name: | SPATAFORA, CANDICE E | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007-1 070 70 | Florida Department of Education Division of Vocational Rehabilitation 2002 Old Saint Augustine Rd Bldg A Tallahassee FL 32301 | Unsecured | AMENDED BY CLAIM NO. 7-2 TO INCLUDE AN ATTACHMENT | $0.00 | $20,908.59 | $20,908.59 |
| 000007-2 072 72 | FLORIDA DEPARTMENT OF EDUCATION DIV OF VOCATIONAL REHABILITATION ATTN: LOUISE SADLER 2002 OLD ST AUGUSTINE RD, BLDG A TALLAHASSEE FL 32301 | Unsecured | FILED BY TRUSTEE TO AMENDE CLAIM NO. 1 TO INCLUDE AN ATTACHMENT | $0.00 | $20,908.59 | $20,908.59 |
| 000007-2IN 072 72 | FLORIDA DEPARTMENT OF EDUCATION DIVISION OF VOCATIONAL REHABILITATION ATTN: LOUISE SADLER 2002 OLD ST AUGUSTINE RD, BLDG A TALLAHASSEE FL 32301 | Unsecured | | $1,975.64 | $1,975.64 | $1,975.64 |
| | Case Totals: | | | | $2,467.58 | |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 03-00653 KRM
Case Name: SPATAFORA, CANDICE E
Trustee Name: ROBERT F MELONE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: ROBERT F MELONE | $ 22,015.25 | $ 92.79 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                     | Reason/Applicant | Fees | Expenses |
|---------------------|------------------|------|----------|
| Attorney for debtor: |                 | $    | $        |
| Attorney for:       |                  | $    | $        |
| Accountant for:     |                  | $    | $        |
| Appraiser for:      |                  | $    | $        |
| Other:              |                  | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|----------------------|------------------|
|              |          | $                    | $                |
|              |          | $                    | $                |
|              |          | $                    | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,992.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 108.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|----------------------|------------------|
| 000001       | United States Dept of Education | $ 2,734.02 | $ 2,734.02 |
| 000001INT    | UNITED STATES DEPARTMENT OF EDUCATION | $ 258.34 | $ 258.34 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Rnb Target | $ 645.09 | $ 645.09 |
| 000004 | Orthopedic Specialists | $ 142.00 | $ 142.00 |
| 000005 | Bay Area Oral & Facial Surg | $ 620.00 | $ 620.00 |
| 000006 | Midland Credit Management Inc. | $ 1,065.15 | $ 1,065.15 |
| 000007-2 | FLORIDA DEPARTMENT OF EDUCATION | $ 20,908.59 | $ 20,908.59 |
| 000002INT | RNB TARGET | $ 60.95 | $ 60.95 |
| 000004INT | ORTHOPEDIC SPECIALISTS | $ 13.42 | $ 13.42 |
| 000005INT | BAY AREA ORAL & FACIAL SURGERY | $ 58.58 | $ 58.58 |
| 000006INT | MIDLAND CREDIT MANAGEMENT | $ 100.65 | $ 100.65 |
| 000007-2IN | FLORIDA DEPARTMENT OF EDUCATION | $ 1,975.64 | $ 1,975.64 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $